IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:11-CV-00076-RLV-DSC

| | |
|---|---|
| THE WOODSMITHS COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SUNTRUST BANK, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## ORDER GRANTING MOTION TO SEAL

**THIS MATTER** coming before the Court upon Plaintiff's "Motion to Seal" (document #11) and it appearing that good cause supports the Motion,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's "Motion to Seal" (document #11) is **GRANTED** and Appendix #15 to Plaintiff's "Motion to Compel" (document #10) is **SEALED** pending further orders of the Court.

2. The Clerk of Court is directed to send copies of this Order to the parties' counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.  Signed: December 9, 2011

_____
David S. Cayer
United States Magistrate Judge