IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO.: 5:11-CV-76-RLV-DSC

THE WOODSMITHS COMPANY,

    Plaintiff,

v.

SUNTRUST BANK,

    Defendant.

ORDER

THIS CAUSE COMING before the Court upon the consent Motion of the parties for an order staying the deadlines in the Pretrial Order and Case Management Plan until the resolution of Plaintiff's pending Motion to Compel and Defendant's pending Motion for Protective Order, and it appearing that the Motion is presented with the consent of the parties, is well taken, and should be GRANTED.

IT IS THEREFORE ORDERED that the deadlines in the Pretrial Order and Case Management Plan are stayed until Plaintiff's Motion to Compel and Defendant's Motion for a Protective Order are both resolved by this Court.

    SO ORDERED.

Signed: January 27, 2012

David S. Cayer
United States Magistrate Judge