IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CASE NO. 5:11-CV-00076-RLV-DSC

THE WOODSMITHS COMPANY,

    Plaintiff,

v.

SUNTRUST BANK,

    Defendant.

**ORDER**

**THIS MATTER** is before the Court on Plaintiff's "Motion to Seal" (document #47). For the reasons stated therein, the Motion is **GRANTED**.

**IT IS THEREFORE ORDERED** that "Plaintiff's Brief in Support of Its Motion for Summary Judgment" (document #49) and all attached appendices shall be placed **UNDER SEAL** pending further order of the Court.

The Clerk is directed to send copies of this Order to the parties' counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: August 16, 2012

David S. Cayer
United States Magistrate Judge